**No. 61679.**—Wm. V. Schmidt Co., Inc. *v.* United States, protest 307674–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of synthetic rutile similar in all material respects to that the subject of *International Lapidaries Co.* v. *United States* (35 Cust. Ct. 230, C. D. 1780), the claim of the plaintiff was sustained.

**No. 61680.**—Georgia Peanut Co. and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 301924–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found, not landed not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise reported by the inspector as manifested, not found, or as not landed, not found. The protests were sustained to this extent.

**No. 61681.**—John Wanamaker, Phila., Inc. *v.* United States, protests 223328–K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.